235 So.2d 101

Dan PROFIT

v.

CRESCENT CONSTRUCTION COMPANY
and Surplus Underwriters, Inc.

No. 50539.

May 25, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.